# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| GEORGE S. YEATON,          ) | |
| )                          | |
| **Plaintiff**              ) | |
| v.                         ) | Civil No. 06-138-P-S |
| )                          | Crim. No. 04-123-P-S |
| UNITED STATES OF AMERICA,  ) | |
| )                          | |
| **Defendant**              ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 21) filed January 26, 2007, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that the United States' Motion to Dismiss (Docket No. 20) is GRANTED. The 28 U.S.C. §2255 motion is DISMISSED as untimely.

　　　　　　　　　　　　　　　　　　　　　　/s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 21st day of February, 2007.